ELI M. UPTON et al., Respondents, *v.* SCOTTISH UNION AND NATIONAL INSURANCE COMPANY, Appellant.

*Upton* v. *Scottish Union & Nat. Ins. Co.,* 77 App. Div. 633, affirmed.
(Argued January 28, 1904; decided February 16, 1904.)

APPEAL from a judgment entered December 30, 1902, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiffs upon the verdict.

*Horace McGuire* for appellant.

*Elbridge L. Adams* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.